UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>Aletha Williams,<br><br>                    Supervisee. | Docket No. 208 1:17CR00744-001 (JSR)<br><br>ORDER |

Honorable Jed S. Rakoff, Senior U.S. District Judge:

IT IS HEREBY ORDERED:  For the reasons stated on the record during a violation of supervised release conference held on February 3, 2021, the Supervised Release Conditions are modified to include the following special condition:

The supervisee will participate in and complete a residential substance abuse treatment program approved by the United States Probation Office.  The period of treatment will be determined at sentencing scheduled for March 3, 2021, at which time this order will be amended.

The program may include testing to determine whether the supervisee has reverted to using drugs or alcohol.  The supervisee shall continue to take any prescribed medications unless otherwise instructed by the health care/treatment provider.  The supervisee shall contribute to the cost of services rendered based on the supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

SO ORDERED.

Dated: February 3, 2021
        New York, New York

                                                                        _____
                                                                        Honorable Jed S. Rakoff
                                                                        Senior U.S. District Judge