March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

               -v-

Aletha Williams

               Defendant(s).

-------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

17-CR-744 (J)(  )

Defendant __Aletha Williams__ hereby voluntarily consents to participate in the following proceeding via videoconferencing: And consents to teleconference.

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

_X_  Misdemeanor Plea/Trial/Sentence

Aletha Williams by JRS
[Authorized on the Record]
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Aletha Williams**
Print Defendant's Name

Jill R. Shellow
Digitally signed by Jill R. Shellow
Date: 2021.03.30 11:29:57 -04'00'
Defense Counsel's Signature

**Jill R. Shellow**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/30/21
Date

[signature]
U.S. District Judge/~~U.S. Magistrate Judge~~