UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Aletha Williams,

                Supervisee.

Docket No. 208 1:17CR00744-001 (JSR)

ORDER

Honorable Jed S. Rakoff, Senior U.S. District Judge:

    IT IS HEREBY ORDERED:  For the reasons stated on the record during a violation of supervised release conference held on March 30, 2021, the Supervised Release Conditions are modified to include the following special condition:

    The supervisee will participate in and complete a residential substance abuse treatment program approved by the United States Probation Office, for a period of **six (6) months.**

    The program may include testing to determine whether the supervisee has reverted to using drugs or alcohol.  The supervisee shall continue to take any prescribed medications unless otherwise instructed by the health care/treatment provider.  The supervisee shall contribute to the cost of services rendered based on the supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

SO ORDERED.

Dated: March 30, 2021
       New York, New York

                                                  Honorable Jed S. Rakoff
                                                  Senior U.S. District Judge