UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Aletha Williams,<br><br>                    Supervisee. | Docket No. 208 1:17CR00744-001 (JSR)<br><br>ORDER |

Honorable Jed S. Rakoff, Senior U.S. District Judge:

   IT IS HEREBY ORDERED:  Home incarceration via GPS location monitoring is removed as of this date.

SO ORDERED.

Dated:  March 30, 2021
        New York, New York

                                          _____
                                          Honorable Jed S. Rakoff
                                          Senior U.S. District Judge