UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA       :

                                                     :

       -against-       :       Dkt. No. 17-cr-744 (JSR)

ALETHA WILLIAMS       :       **ORDER**

                                Defendant.       :
------------------------------------------------------x

The Defendant Aletha Williams, having appeared as required on September 30, 2021, before this Court and this Court having sentenced the defendant Aletha Williams to time served, it is

HEREBY ORDERED:

That Crystal Philippe is exonerated as a surety pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure from all liability on the appearance bond signed on January 19, 2021.

Dated: New York, New York
       October 6, 2021

                                                  Honorable Jed S. Rakoff
                                                  United States District Judge